UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 15-2595-JFW (JPRx)**                                         Date: September 9, 2015

Title:   Harry Cleeland -v- Progressive Casualty Insurance Company, Inc. et al.

---

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   Shannon Reilly                                                 None Present
   Courtroom Deputy                                            Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                                                   None

**PROCEEDINGS (IN CHAMBERS):**     ORDER TO SHOW CAUSE WHY COUNSEL SHOULD NOT BE SANCTIONED FOR FAILURE TO CONDUCT A SETTLEMENT CONFERENCE

   The Plaintiff is ordered to show cause in writing by **September 14, 2015** why the Court should not impose sanctions in the amount of $1,500.00 and/or dismiss this action for his failure to participate the Settlement Conference by the deadline ordered by the Court in the Scheduling and Case Management Order filed on May 19, 2015 [Docket No. 15].

   No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and/or dismissal of this action .

   IT IS SO ORDERED.

Initials of Deputy Clerk  sr