Julia Azrael (Bar No. 109049)
John S. Curtis (Bar No. 50350)
Katherine L. Curtis (Bar No. 222572)
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone:  (818) 766-5177
Facsimile:  (818) 766-5047
jazrael@azraellaw.net

Attorneys for Defendant
PROGRESSIVE CASUALTY
INSURANCE COMPANY

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY CLEELAND, an individual,<br><br>                              Plaintiff,<br><br>        vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY; an Ohio corporation, and DOES 1 through 20,<br><br>                              Defendants. | CASE NO.  15-cv-2595-JFW-JPRx<br><br>Case Assigned to the Honorable John F. Walter,  Ctrm. 16<br><br>**JUDGMENT**<br><br><br>Discovery Cutoff:   November 16, 2015<br>Motion Cutoff:       November 23, 2015<br>Trial:                      December 22, 2015 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court, having granted Defendant Progressive Casualty Insurance Company's Motion for Summary Judgment, based on its determination that there is no genuine issue as to any material fact and that Defendant Progressive Casualty Insurance Co. is entitled to judgment as a matter of law on all claims for relief alleged against it,

1     **IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND**

2    **DECREED,** that judgment is entered in this action as follows:

3

4        1. Plaintiff Harry Cleeland shall recover nothing from Progressive Casualty

5    Insurance Company;

6

7        2. Defendant Progressive Casualty Insurance Company shall have judgment in

8    its favor on Plaintiff Harry Cleeland's entire action; and

9

10       3. Defendant Progressive Casualty Insurance Company shall recover from

11   Plaintiff Harry Cleeland its costs of suit in the sum of $_____.

12

13   Dated:  October 19, 2015      _____

14                                         JOHN F. WALTER
                                    JUDGE OF THE UNITED STATES
15                                        DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

STATE OF CALIFORNIA   )
            )  ss.:
COUNTY OF LOS ANGELES )

   I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 5200 Lankershim Boulevard, Suite 850, North Hollywood, California 91601.

   On October 19, 2015, I served on interested parties in said action the within:

**[PROPOSED] JUDGMENT**

**[XX]**   **ELECTRONICALLY** per agreement of parties to accept by e-mail in lieu of personal service.

___   **BY MAIL:**  By placing true copies thereof in sealed envelope(s) addressed as stated on the attached mailing list, and placing it for collection and mailing following ordinary business practices.  I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

____   **BY PDF VIA EMAIL:**  I caused the above-referenced document(s) to be sent via email in pdf format to the attached address(es).

__

**X**   **[Federal]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

   Executed on October 19, 2015, at North Hollywood, California.


MICHELLE McCLINTOCK
  (Type or print name)       (Signature)

*Harry Cleeland v. Progressive Casualty Insurance Company;*

Michael P. Rubin, Esq.    Attorneys for Plaintiff
MICHAEL P. RUBIN & ASSOCIATES
18321 Ventura Boulevard, Suite 580
Tarzana, CA 91356
Phone:  (818) 774-1100
Fax:  (818) 235-5580
rubinlawyer@gmail.com

Zein E. Obagi, Jr.     Attorney for Plaintiff
OBAGI LAW GROUP, P.C.
433 N. Camden Dr., Ste. 400
Beverly Hills, CA  90210
Phone:  (310) 279-5209
Fax:  (310) 734-1814
zo@obagilaw.com

John R. Thurber, Esq.    Courtesy Copy
Progressive Group of Insurance
Companies
Corporate Claims Legal Department
10929 Disk Drive
Rancho Cordova, CA 95670
John  R  Thurber@progressive.com

**JUDGMENT**